**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-7783**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DOMINGO ANTONIO LAGOS, a/k/a Mingo, a/k/a
Tony,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. N. Carlton Tilley, Jr., District Judge. (CR-88-138-G, CA-95-662-2)

———————————

Submitted: March 13, 1997          Decided: March 20, 1997

———————————

Before HALL, ERVIN, and WILKINS, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Domingo Antonio Lagos, Appellant Pro Se. Benjamin H. White, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988) motion. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. United States v. Lagos, Nos. CR-88-138-G; CA-95-662-2 (M.D.N.C. Oct. 21, 1996). Appellant's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED